Sarah E. Gallager, Esq. (SBN 320487)
Sarah M. Dahm, Esq. (SBN 351918)
GOLD COAST COUNSEL
421 Broadway, PMB 1533
San Diego, CA 92101
Telephone: (833) 727-2442
sarah@goldcoastcounsel.com
sarahdahm@goldcoastcounsel.com

Attorneys for Plaintiff
ANA ANDRADE

Mark S. Askanas (State Bar No. 122745)
Marie L. Valdez (State Bar No. 361091)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Mark.Askanas@jacksonlewis.com
E-mail: Marie.Valdez@jacksonlewis.com

Attorneys for Defendant
ALTO USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ANDRADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALTO USA LLC, an unknown entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04229<br><br>**JOINT STIPULATION AND ORDER FOR REMOTE APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: 03/30/2026<br>Removal Filed: 05/07/2026 |

**TO THE HONORABLE COURT:**

Plaintiff ANA ANDRADE ("Plaintiff") and Defendants ALTO USA LLC ("Defendant") (collectively, the "Parties",) by and through their undersigned counsel, and hereby jointly move this Court for order permitting Plaintiff's counsel and Defendant's counsel to appear remotely at the Case Management Conference currently scheduled for August 13, 2026, at 10:00 a.m.

In support of this Joint Motion, the Parties state as follows:

1. The Court has scheduled a Case Management Conference in this matter for August 13, 2026, at 10:00 a.m.

2. To reduce travel related litigation costs, to maintain continuity, and to allow the necessary participants to appear in the same manner, the Parties have met and conferred and agree that the following individuals should be permitted to appear remotely at the Case Management Conference:

   a. Plaintiff's counsel, Sarah M. Dahm

   b. Defendant's counsel, Mark S. Askanas and Marie L Valdez

3. The Parties agree that remote participation by these individuals will not prejudice any party, will promote the efficient conduct of the Case Management Conference, and will accommodate the travel limitation described above.

In light of the foregoing, the Parties respectfully request that the Court issue an order permitting Plaintiff's counsel and Defendant's counsel to appear remotely at the Case Management Conference scheduled for August 13, 2026, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: 08.03.2026

GOLD COAST COUNSEL

Sarah M. Dahm, Esq.

Attorneys for Plaintiff
ANA ANDRADE

DATED: 08.03.2026

JACKSON LEWIS P.C.

*/s/ Mark S. Askanas*

Mark S. Askanas
Marie L. Valdez
Attorneys for Defendant
ALTO USA LLC

**Attestation re Electronic Signatures**

I, Sarah M. Dahm, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: August 3, 2026

Sarah M. Dahm

**ORDER**

The Court, having considered the Joint Motion For Remote Appearance At Case Management Conference, now finds that it should be granted.

**IT IS HEREBY ORDERED** that Plaintiff's counsel and Defendant's counsel are permitted to appear remotely at the Case Management Conference scheduled for August 13, 2026, at 10:00 a.m.

**IT IS FURTHER ORDERED** that all other requirements of the Court's Notice and Order for Case Management Conference remain in effect.

**IT IS SO ORDERED.**

Dated: August 4, 2026______ ________________________________

Hon. Thomas S. Hixson
United States Magistrate Judge